WINTHROP vs. CURTIS.

Where, in a real action, judgment is to be entered for the demandant for the value of the land "at the price estimated by the jury," under *Stat.* 1821, *ch.* 47, *sec.* 1, if the entry of judgment on the verdict has been delayed at the request of the tenant, interest will be added to the price so estimated by the jury, from the time of finding the verdict, and judgment be rendered for the amount thus ascertained.

IN this case, which was a writ of right, the tenant prayed that the jury might estimate the value of his improvements made on the land, and the demandant requested an appraisement of the land itself, without the improvements, which was done ; and thereupon the demandant, in the same term, made his election in open court, to abandon the land to the tenant, at the price estimated by the jury, pursuant to *Stat.* 1821, *ch.* 47, *sec.* 1. After the decision of the question of law reserved in the cause, [see 3 *Greenl.* 110.] *Williams,* for the demandant, moved that interest be computed on the sum found by the jury as the value of the land, and that it be added to the verdict, and judgment rendered for the amount.

This was resisted by *Little,* for the tenant, on the ground that the language of the statute was explicit and peremptory, that judgment should be rendered " for the sum so estimated" by the jury ; and that the capital carrying interest would thereby be increased beyond the value of the land.

But the COURT at this term, granted the motion.